HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DANNY RAY FORDHAM,<br><br>       Defendant. | Cause No. 2:12-cr-00246-RAJ<br><br>ORDER DIRECTING RELEASE<br>OF DOCUMENTS TO<br>DEFENSE COUNSEL |

The Defendant has filed an unopposed motion requesting that the Clerk be ordered to provide his attorney Gilbert H. Levy with copies of the parties' sentencing memoranda that were filed under seal, and directing U.S. Probation to provide counsel with a copy of the pre-sentence report and the sentencing recommendation.

Finding good cause, the Court GRANTS the motion (Dkt. 43). The Clerk is directed to provide defense counsel with copies of the sentencing memoranda, as well as the pre-sentence report and sentencing recommendation prepared by U.S. Probation.

DATED this 21st day of May, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING RELEASE OF
DOCUMENTS TO DEFENSE COUNSEL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818